Bert LYONS, Appellant,

v.

TURNER ELKHORN MINING CO. et al.,
Appellees.

Court of Appeals of Kentucky.

March 16, 1973.

Rehearing Denied June 1, 1973.

Robert J. Greene, Perry & Greene, Paintsville, for appellant.

Fred G. Francis, Prestonsburg, Robert D. Hawkins, Dept. of Labor, Frankfort, Gemma Harding, Louisville, for appellees.

Memorandum Opinion of the Court by Commissioner CATINNA, Affirming.*

COMMONWEALTH of Kentucky, DEPARTMENT OF HIGHWAYS, Appellant,

v.

Walter BUCHNER et al., Appellees.

Court of Appeals of Kentucky.

March 23, 1973.

Rehearing Denied June 1, 1973.

John J. Blackburn, Department of Highways, Covington, Thomas F. Manby, Jr., LaGrange, Carl T. Miller, Don Duff, Paul Hunley, Department of Highways, Frankfort, for appellant.

William G. Reed, Carrollton, for appellees.

Memorandum Opinion of the Court by Chief Justice PALMORE, Reversing.*

* Opinion ordered not to be published.